

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00402-CV

| | | |
|---|---|---|
| FRIEDMAN & FEIGER, LLP, Appellant | § | On Appeal from |
| | § | County Court at Law No. 2 |
| V. | § | of Parker County (CIV-15-0299) |
| | § | June 6, 2019 |
| ROBERT E. MASSEY, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF WILLIAM EARL MASSEY, Appellee | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. We reverse the trial court's order denying Friedman & Feiger, LLP's motion to compel arbitration and remand to the trial court for entry of an order compelling to arbitration the claims identified in the motion to compel arbitration pursuant to the parties' arbitration agreement.

It is further ordered that appellee Robert E. Massey, Individually and as Independent Executor of the Estate of William Earl Massey shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
Justice Lee Gabriel